# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **PRESQRIBER, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **MERGE HEALTHCARE SOLUTIONS, INC.,** <br><br> Defendant. | Case No. 6:14-cv-457 <br><br> **PATENT CASE** <br><br> **JURY TRIAL DEMANDED** |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, Plaintiff Presqriber, LLC ("Presqriber") and Defendant Merge Healthcare Solutions, Inc. ("Merge") file this agreed motion to dismiss with prejudice. The parties have agreed to settle all claims in the above-captioned action. The parties, therefore, move this Court to dismiss this action and all claims by Presqriber against Merge made therein, with prejudice, with each party to bear its own costs, attorney's fees and expenses.

Wherefore, Plaintiff Presqriber respectfully requests that the Court enter the proposed order of dismissal submitted with this motion.

Dated: July 18, 2014               Respectfully submitted,

                                    */s/ Craig Tadlock*
                                   Craig Tadlock
                                   State Bar No. 00791766
                                   John J. Harvey, Jr.
                                   State Bar No. 09179770
                                   Keith Smiley
                                   State Bar No. 24067869
                                   **TADLOCK LAW FIRM PLLC**
                                   2701 Dallas Parkway, Suite 360

Plano, Texas 75093
903-730-6789
craig@tadlocklawfirm.com
john@tadlocklawfirm.com
keith@tadlocklawfirm.com

*Attorneys for Plaintiff Presqriber, LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 18, 2014, I conferred by email with counsel for Defendant. Defendant's counsel has agreed to the form and substance of this motion. Accordingly, this motion is an agreed motion.

  */s/ Keith Smiley*
Keith Smiley

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 18th day of July, 2014.

  */s/ Craig Tadlock*
Craig Tadlock